IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE FREEMAN,

    Plaintiff,                        No. CIV S-01-1092 FCD CMK P

    vs.

JOHNSON, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se with a civil rights action. On November 9, 2005, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on July 17, 2002, February 7, 2003, July 14, 2003 and May 6, 2004. All requests were denied.

        IT IS HEREBY ORDERED that plaintiff's November 9, 2005 motion for appointment of counsel is denied.

DATED: November 17, 2005.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE