LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiff

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, CALIFORNIA

—o0o—

| | |
|---|---|
| DEWAYNE FREEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNSON, et al.,<br><br>    Defendants. | CASE NO.   CIV.S 01-1092 FCD CMK-P<br><br>**SUBSTITUTION OF ATTORNEYS; ORDER** |

    Pro se Plaintiff DEWAYNE FREEMAN hereby substitutes the Law Office of Mark E. Merin as his attorney of record in the above-entitled action in place of himself.

    The new address of record for plaintiff is as follows:

        Jeffrey I. Schwarzschild, SBN 192086
        Law Office of Mark E. Merin
        2001 P Street, Suite 100
        Sacramento, CA 95814
        (916) 443-6911 - Telephone
        (916) 447-8336 - Facsimile Number

The undersigned consents to the above substitution.

Dated: June 19, 2006

                                                        /s/ - "Dewayne Freeman"
                               By:_____
                                     Dewayne Freeman
                                     Plaintiff Pro Se

1 | The undersigned accepts the above substitution.

2 | Dated: June 28, 2006        LAW OFFICES OF MARK E. MERIN

4 |                                 /s/ - "Jeffrey I. Schwarzschild"
                              By: _____
5 |                                 Jeffrey I. Schwarzschild

6 | **ORDER GRANTING SUBSTITUTION OF ATTORNEY**

7 | **IT IS SO ORDERED.**

8 | Dated: June 30, 2006

9 |                              /s/ Frank C. Damrell Jr.
                              Honorable FRANK C. DAMRELL, JR., Judge
10 |                             United States District Court, Eastern District