EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
RENE L. LUCARIC
Supervising Deputy Attorney General
GERALD S. OHN, State Bar No. 217382
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-9176
 Fax:  (213) 897-1071
 Email:  Gerald.Ohn@doj.ca.gov

Attorneys for Defendants Johnson, Hooper, Wai,
Kofoed and Andrade

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEWAYNE FREEMAN,**<br><br>                                        Plaintiff,<br><br>    v.<br><br>**DR. JOHNSON, et. al.,**<br><br>                                        Defendants. | CIV-S-01-1092 FCD DAD P<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Defendants Johnson, Hooper, Wai, Kofoed and Andrade and Plaintiff DeWayne Freeman, by and through their respective counsel, hereby stipulate to, and request from the Court an Order enlarging the time to file dispositional documents for approximately ninety days.

Good cause is stated as follows:

1. Plaintiff is incarcerated in state prison.

2. Plaintiff obtained counsel in this action on or about June 28, 2006.  Docs. 110, 111.

3. On September 19, 2006, the Court reset the jury trial in this matter for July 24, 2007. Doc. 115.

4. On March 13, 2007, Defendants filed a Notice of Settlement indicating that the parties

1 had substantively settled this matter. Doc. 117. That day, the Court issued an Order Re: Settlement and Disposition, which vacated all dates/hearings previously set in this matter and stated that in accordance with the provisions of Local Rule 16-160, dispositional documents were to be filed on or before April 23, 2007. Doc. 118.

5. The parties and counsel have worked diligently to finalize the paperwork and complete the terms of their settlement agreement, which include the filing of a signed Stipulation and [Proposed] Order for Voluntary Dismissal of All Claims With Prejudice (dispositional documents).

6. On or about March 28, 2007, Plaintiff requested that the Stipulation and [Proposed] Order for Voluntary Dismissal of All Claims With Prejudice be filed after the other terms of the settlement agreement are completed, which the parties anticipate will take no more than ninety additional days absent unforseen circumstances. Defendants have agreed to Plaintiff's request subject to Court approval.

7. For all the foregoing reasons, the parties stipulate to and request that this Court extend the deadline to file dispositional documents from April 23, 2007 to July 23, 2007.

8. This stipulation is the parties' first request for an extension of time to file dispositional documents.

Dated: April __, 2007



Dated: April __, 2007

                              Respectfully submitted,

                              LAW OFFICE OF
                              MARK E. MERIN



                              MARK E. MERIN
                              Attorneys for Plaintiff
                              DEWAYNE FREEMAN

1   Good cause appearing, IT IS SO ORDERED:

2   IT IS HEREBY ORDERED that the time within which dispositional documents are to be

3   filed is extended up to and including July 23, 2007.

4

5   DATED: April 16, 2007

6

7   _____
8   FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS
3