1   LAW OFFICE OF MARK E. MERIN
    Mark E. Merin, SBN 043849
2   2001 P Street, Suite 100
    Sacramento, CA 95814
3   Telephone: 916/443-6911
    Facsimile: 916/447-8336
4   E-Mail: mark@markmerin.com

5   Attorneys for Plaintiff

6                               —o0o—

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT, CALIFORNIA

9                               —o0o—

10  DEWAYNE FREEMAN,                          CASE NO.   CIV.S 01-1092 FCD CMK-P

11       Plaintiff,                           **STIPULATION AND ORDER FOR
                                              DISMISSAL WITH PREJUDICE [Fed.**
12  vs.                                       **R. Civ. Proc. 41(a)(1)**]

13  DR. JOHNSON, DR. HOOPER, JOE WAI,
    DR. KOFOED, and CORRECTIONAL
14  OFFICER ANDRADE,

15       Defendants.

16

17       **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff

18  DEWAYNE FREEMAN and Defendants DR. JOHNSON, DR. HOOPER, JOE WAI, DR.

19  KOFOED, and CORRECTIONAL OFFICER ANDRADE, by and through their undersigned

20  counsel, that any and all claims against Defendants be dismissed with prejudice pursuant to

21  Rule 41(a)(1) of the Federal Rules of Civil Procedure.

22  Dated: March 19, 2007

23                          By:    /s/ - "Dewayne Freeman"
                                   Dewayne Freeman
24                                 Plaintiff

25  Dated: March 28, 2007      LAW OFFICES OF MARK E. MERIN

26

27                          By:    /s/ - "Mark E. Merin"
                                   Mark E. Merin
28                                 Attorneys for Plaintiff

Page 1
DEWAYNE FREEMAN V. JOHNSON, et al.                    USDC, Eastern District, Case No. CIV S-01-1092 FCD-CMK-P
                    STIPULATION AND ORDER FOR DISMISSAL

1    Dated: April 16, 2007            EDMUND G. BROWN, JR., Attorney General

DAVID S. CHANEY, Sr. Assistant Attorney General

2                                  FRANCES T. GRUNDER, Sr. Assistant Attorney General

RENE L. LUCARIC, Supervising Deputy Attorney General

3

4

                               By:___ /s/ - "Gerald S. Ohn"_____

5                                   Gerald S. Ohn, Deputy Attorney General

Attorneys for Defendants

6

7                                     **ORDER**

8        Pursuant to the stipulation of the parties,

9        **IT IS HEREBY ORDERED** that the Plaintiff's claims are dismissed with prejudice,

10   each side to bear its own costs.

11   DATED: June 12, 2007

12

13

14          FRANK C. DAMRELL, JR.

UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28